

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00167-CR

---

IN RE JOHNIFER RAY MUMPHREY

---

Original Mandamus Proceeding

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Relator has filed a petition for a writ of mandamus, asking this Court to grant Relator's petition and to direct the Honorable Alfonso Charles, judge of the 124th Judicial District Court of Gregg County, to dismiss an indictment, apparently charging Relator with burglary. *See* TEX. PENAL CODE ANN. § 30.02(a)(1) (Supp.). The Court, having examined and fully considered Relator's petition, the mandamus record, and the applicable law, is of the opinion that Relator's petition should be denied.

Accordingly, we deny Relator's petition for a writ of mandamus.

Charles van Cleef
Justice

Date Submitted:     October 22, 2024
Date Decided:       October 23, 2024

Do Not Publish

2